STATE OF CONNECTICUT *v.* ANTHONY ARENA

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 468 (AC 11564), is granted, limited to the following issues:

"1. Did the Appellate Court properly hold that the defendant's request to charge on a lesser included offense of robbery in the second degree was inadequate because an appropriate instructional request had not been made in that the defendant had cited to only three specific authorities, all revolving around the requirements of *State* v. *Whistnant,* 179 Conn. 576 (1980), in the text of his request to charge?

"2. Did the Appellate Court properly uphold the trial court's refusal to give an instruction on robbery in the second degree to the jury?"

The Supreme Court docket number is SC 14933.

*Martin Zeldis,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided May 25, 1994

ELIZABETH ANDERSON *v.* DOUGLAS S. H. ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 944 (AC 12061), is denied.

*Douglas S. H. Anderson,* pro se, in support of the petition.

*P. Benedict Fraser,* in opposition.

Decided May 25, 1994